## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              NO. 4:13cr00216-03 JM

DESMOND JONES                                                                                DEFENDANT
a/k/a DJ

### ORDER

The Judgment [DE#82] entered on September 10, 2015, is hereby amended to reflect:

1. The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment.

All other conditions contained in the original Judgment shall remain in full force and effect.

IT IS SO ORDERED this 11th day of September, 2015.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE